UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Tyeka Guidry,
     Plaintiff,

v.

Equifax Information Services, LLC and
Pennsylvania Higher Educate Assistance
Agency d/b/a FedLoan Servicing,
     Defendants.

Case No.: 4:24-cv-00116-WMR

### NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff and Defendant, Equifax Information Services, LLC have agreed to settle their dispute and intend to file a Voluntary Dismissal as to Equifax Information Services, LLC., with prejudice, no later than October 2, 2024.

Respectfully submitted,

/s/ Gary Hansz
Gary Hansz
Georgia Bar No. 534669
27600 Farmington Road, Suite 108
Farmington Hills, MI 48334
Phone: (248) 353-2882
Fax: (248) 353-4840
gary.hansz@crlam.com
*Attorneys for Plaintiff,*
*Tyeka Guidry*

August 2, 2024

## **PROOF OF SERVICE**

I, Gary Hansz, hereby state that on August 2, 2024, I served a copy of the foregoing pleading upon all counsel of record via the ECF System.


/s/ Gary Hansz