UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Tyeka Guidry,

     Plaintiff,

v.

Equifax Information Services, LLC and
Pennsylvania Higher Educate Assistance
Agency d/b/a FedLoan Servicing,

     Defendants.

Case No.: 4:24-cv-00116-WMR-WEJ

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PENNSYLVANIA HIGHER EDUCATE ASSITANCE AGENCY D/B/A FEDLOAN SERVICING, ONLY

The Plaintiff hereby dismisses his claims against Defendant Pennsylvania

Higher Educate Assistance Agency d/b/a FedLoan Servicing, only with prejudice

and without costs to either party.

Respectfully submitted,

/s/ Gary Hansz
Gary Hansz
Georgia Bar No. 534669
27600 Farmington Road, Suite 108
Farmington Hills, MI 48334
Phone: (248) 353-2882
Fax: (248) 353-4840
gary.hansz@crlam.com
*Attorneys for Plaintiff,*
*Tyeka Guidry*

August 7, 2024

## **PROOF OF SERVICE**

I, Gary Hansz, hereby state that on August 7, 2024, I served a copy of the foregoing pleading upon all counsel of record via the ECF System.


/s/ Gary Hansz