IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **Tyeka Guidry**<br><br>  Plaintiff,<br><br>  v.<br><br>**Equifax Information Services, LLC and Pennsylvania Higher Educate Assistance Agency d/b/a FedLoan Servicing,**<br>  Defendants | CIVIL ACTION FILE  NO.<br>4:24-cv-116-WMR |

## ORDER

Parties  filed  a  Notice  of  Settlement  [Doc  14].  The  Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case.  The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement.  If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

**SO ORDERED** this 26th day of August, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes.  The parties need only file a motion to reopen the case if settlement negotiations fail.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner.